**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| VEGA, CASSANDRA L. | § | CASE NO. 24-60174-MMP-7 |
| | § | |
| DEBTOR | § | |
| | § | |
| ________________________________ | § | ______________________________ |
| | § | |
| VEGA, CASSANDRA L. | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | ADVERSARY |
| | § | PROCEEDING NO. 24-06012 |
| VS. | § | |
| | § | |
| DEPARTMENT OF EDUCATION | § | |
| | § | |
| DEFENDANT, | § | |

**DEBTOR'S MOTION TO WITHDRAW ADVERARY PROCEEDING**

The Debtor, **CASSANDRA L. VEGA,** by and through the attorneys, **The Tisdale Law Firm, PLLC,** files this Motion to Withdraw the Adversary Proceeding under Case Number 24-0612 that was filed on May 3, 2024.

Respectfully Submitted,

**The Tisdale Law Firm, PLLC.**

**By:/S/ Joshua C. Tisdale**
**Joshua C. Tisdale**
**Attorney for Debtor(s)**
**1216 S. 31st Street**
**Temple, TX 76504**
**(254) 634-8600 Telephone**
**(254) 554-6686 Facsimile**
**State Bar Card No. 24075164**
**E-Mail: legal@thetisdalelawfirm.com**

**Certificate of Delivery**

The undersigned certify that on March 17, 2025, a true and correct copy of the foregoing Motion to Withdraw Adversary Proceeding was mailed U.S. First Class, Postage Pre-Paid or by electronic service through the ECF system, to those parties listed below

U.S. Trustee
903 San Jacinto, Room 230
Austin, TX 78701

Department of Education
50 United Nations Plaza
Box 1200, Suite 1240
San Francisco, CA 94102

Steven Bass
Assistant United States Attorney
Counsel for The United States
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701

Cassandra L. Vega
8426 Alaska Ave.
Temple, TX 76502

The Tisdale Law Firm, PLLC
1216 S. 31st St.
Temple, TX 76504

/S/ Joshua C. Tisdale__
**Joshua C. Tisdale**
**Attorney for Debtor(s)**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| VEGA, CASSANDRA L. | § | CASE NO. 24-60174-MMP-7 |
| | § | |
| DEBTOR | § | |
| | § | |
| ______________________________ | § | ______________________________ |
| | § | |
| VEGA, CASSANDRA L. | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | ADVERSARY |
| | § | PROCEEDING NO. 24-06012 |
| VS. | § | |
| | § | |
| DEPARTMENT OF EDUCATION | § | |
| | § | |
| DEFENDANT, | § | |

**AGREED ORDER ON DEBTOR'S MOTION TO WITHDRAW ADVERARY PROCEEDING**

The Court having considered Debtor's Motion to Dismiss the Adversary Proceeding under Case Number 24-0612 that was filed on May 3, 2024 is therefore under the opinion that same should be Granted.

**IT IS THEREFORE ORDERED** that the Debtor's Motion to Withdraw the Adversary Proceeding under Case Number 24-0612 is hereby Granted.

# # #

**AGREED:**

/s/ Steven Bass

Steven Bass
Assistant United States Attorney
Counsel for The United States
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: (512) 916-5858
Fax: (512) 916-5854
Email: Steven.bass@usdoj.gov

/s/ Joshua C. Tisdale

Joshua C. Tisdale
State Bar Number 24075164
The Tisdale Law Firm, PLLC
1216 S. 31st St.
Temple, TX 76504
Tel: 254.634.8600
Fax: 254.554.6686
Email: legal@thetisdalelawfirm.com