**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 17, 2025.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| VEGA, CASSANDRA L. | § | CASE NO. 24-60174-MMP-7 |
| | § | |
| DEBTOR | § | |
| | § | |
| _____ | § | _____ |
| | § | |
| VEGA, CASSANDRA L. | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | ADVERSARY |
| | § | PROCEEDING NO. 24-06012 |
| VS. | § | |
| | § | |
| DEPARTMENT OF EDUCATION | § | |
| | § | |
| DEFENDANT, | § | |

**AGREED ORDER ON DEBTOR'S MOTION TO WITHDRAW ADVERARY PROCEEDING**

The Court having considered Debtor's Motion to Dismiss the Adversary Proceeding under Case Number 24-0612 that was filed on May 3, 2024 is therefore under the opinion that same should be Granted.

**IT IS THEREFORE ORDERED** that the Debtor's Motion to Dismiss the Complaint in Adversary Proceeding Case Number 24-0612 is hereby Granted, and the Adversary Proceeding is Dismissed.

# # #

**AGREED:**

/s/ Steven Bass
_____

Steven Bass
Assistant United States Attorney
Counsel for The United States
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: (512) 916-5858
Fax: (512) 916-5854
Email: Steven.bass@usdoj.gov


/s/ Joshua C. Tisdale
_____

Joshua C. Tisdale
State Bar Number 24075164
The Tisdale Law Firm, PLLC
1216 S. 31st St.
Temple, TX 76504
Tel: 254.634.8600
Fax: 254.554.6686
Email: legal@thetisdalelawfirm.com